## STATE

v.

## Kim ROY.

### No. 81–236–M.P.

Supreme Court of Rhode Island.

May 21, 1981.

Dennis J. Roberts II, Atty. Gen., Kathryn A. Panciera, Sp. Asst. Atty. Gen., plaintiff-respondent.

**437**

John A. MacFadyen III, Chief Appellate Defender, Providence, for defendant-petitioner.

## ORDER

The petition for writ of certiorari is granted.